MURPHY took no part in the consideration and decision of this application.  *Messrs. Reuben D. Silliman, Sherwood E. Silliman,* and *William R. Rodenberg* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Harry Leroy Jones* for respondents.

No. 349.  DETROIT EDISON Co. *v.* SECURITIES & EXCHANGE COMMISSION.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  The CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.  *Messrs. John Foster Dulles* and *Oscar C. Hull* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Arnold Raum, Chester T. Lane, Christopher M. Jenks, Lawrence S. Lesser, J. Leonard Townsend,* and *Homer Kripke* for respondent.

No. 352.  GENERAL MOTORS CORP. ET AL. *v.* UNITED STATES.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  The CHIEF JUSTICE, MR. JUSTICE MURPHY, and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.  *Messrs. John Thomas Smith, Ernest S. Ballard,* and *Herbert Pope* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Arnold,* and *Mr. Robert L. Stern* for the United States.

No. 359.  CHINESE CONSOLIDATED BENEVOLENT ASSN., INC. *v.* SECURITIES & EXCHANGE COMMISSION. · October